

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA L. BRANCH, ET AL. | MISC. CASE NO. 17-mc-68 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Brenda L. Branch, as Special Administrator and Derivative Claimant; and Marjorie Steele, Dale Alan Steele, Brenda Branch, Christina Crawford and Alisa Lynn Trevarthen as Derivative Claimants of the Estate of Clifton Steele, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __4th__ day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE